SWEET SURRENDER, INC.,
Plaintiff–Appellant,

v.

THE AMERICAN BAGEL COMPANY,
d/b/a Chesapeake Bagel Bakery Sys-
tem, et al.,[1] Defendant–Respondent.

No. 73477.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 22, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 6, 1998.

Green, Schaaf & Margo, P.C., Martin M. Green, David T. Butsch, Clayton, for appellant.

Don R. Sherman, Lori R. Koch, Goffstein, Raskas, Pomerantz, Sherman, Ruthmeyer & Susman, L.L.C., St. Louis, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Sweet Surrender, Inc. (Surrender) appeals from the trial court's granting of the motion to dismiss filed by The American Bagel Company, d/b/a Chesapeake Bagel Bakery System (Bagel). Bagel urged the court had no subject matter jurisdiction due to the forum selection clauses contained in the agreements between these parties.

Forum selection clauses should be enforced "unless it is unfair or unreasonable to do so." *High Life Sales Co. v. Brown–Forman Corp.*, 823 S.W.2d 493, 494 (Mo. banc 1992).

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

Catherine D. WALKER,
Petitioner/Respondent,

v.

Gary James WALKER,
Respondent/Appellant.

No. 74200.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 29, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 18, 1998.

Gary James Walker, St. Louis, pro se.

Mary Ann Weems, Law Office of Mary Ann Weems, Clayton, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Appellant, Gary James Walker, appeals the judgment of the Circuit Court of St. Louis County awarding his former spouse $5,000 for attorney's fees. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgement of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

---

1. The trial court dismissed other parties to this lawsuit, and those parties are not before us on appeal.